7  In the Matter of the Estate of CLIFFORD L. TIRONI, Deceased. JAMES H. GLAVIN, III, et al., as Executors of CLIFFORD L. TIRONI, Deceased, Respondents; UNCLE SAM AUCTIONS, INC., et al., Appellants.—Appeal from an order of the Surrogate's Court of Saratoga County (Simone, Jr., S.), entered April 12, 1989, which dismissed the objections to petitioners' final account of decedent's estate.

Order affirmed, with costs, upon the opinion of Surrogate John A. Simone, Jr. Kane, J. P., Casey, Mikoll, Yesawich, Jr., and Levine, JJ., concur.